An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| KEVIN WILTZ,<br>Appellant,<br>vs.<br>LAMONT T. DOBBINS, SR., AN INDIVIDUAL; AND THE LAMONT T. DOBBINS TRUST,<br>Respondents. | No. 61291 |
| KEVIN WILTZ,<br>Appellant,<br>vs.<br>LAMONT T. DOBBINS, SR., AN INDIVIDUAL; AND THE LAMONT T. DOBBINS TRUST,<br>Respondents. | No. 61335 |

**FILED**

MAY 17 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEALS

The parties have filed a stipulation to dismiss these consolidated appeals. We approve the stipulation and hereby dismiss these appeals. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

By: _Tracie K. Lindeman_

cc:    Hon. Joanna Kishner, District Judge
       Stephen E. Haberfeld, Settlement Judge
       Benjamin B. Childs
       Miller & Wright, PLLC
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-14665